UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| NEOMETAL WA, INC., a Washington corporation, | Case No. C08-5009RBL |
| Plaintiff, | ORDER ADOPTING STIPULATED CLAIMS CONSTRUCTION |
| v. | |
| INDUSTRIAL STRENGTH, CORPORATION, a California corporation, | |
| Defendant. | |

This matter comes before the Court on parties' Stipulated Joint Claim Construction and Prehearing Statement. [Dkt. #25]. The parties have agreed on the construction of the claims asserted in this litigation regarding U.S. Patent Nos. 6,167,725 and 6,470,709. The Corrected stipulated claims construction chart submitted by the parties as Exhibit A to Dkt. # 29, and attached to this Order as Exhibit A, is hereby ADOPTED.

The claims construction hearing currently scheduled for September 22, 2009 is hereby VACATED. Consistent with the Minute Order entered at Dkt. #22, and new case schedule will follow by Minute Order. The parties should promptly inform the court of any scheduling issues, conflicts, or changes to the estimated

///
//
/

ORDER
Page - 1

1 | trial length.
2 |     IT IS SO ORDERED.

DATED this 16th day of September, 2009.

_Ronald B. Leighton_
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE