1  CHRISTOPHER SCHENCK (WSBA # 37997)
   RIDDELL WILLIAMS PS
2  1001 Fourth Avenue, Suite 4500
   Seattle, WA 98154
3  Telephone: 206.389.1653
   Facsimile: 206.389.1708
4  Email: cschenck@riddellwilliams.com

5

   IGOR SHOIKET (Pro Hac Vice)
6  DERGOSITS & NOAH, LLP
   Three Embarcadero Center, Suite 410
7  San Francisco, CA 94111
   Telephone: (415) 705-6377
8  Facsimile: (415) 705-6383
   Email: ishoiket@dergnoah.com
9

10 Attorneys for Plaintiff
   NEOMETAL WA, INC.
11

12

**IN THE UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF WASHINGTON AT TACOMA**

| | |
|---|---|
| NEOMETAL WA, INC., an Washington corporation | Case No.: C08-05009-RBL |
| Plaintiff | **ORDER GRANTING STIPULATION FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL** |
| v. | |
| INDUSTRIAL STRENGTH CORPORATION, a California Corporation | |
| Defendant | |

PURSUANT TO STIPULATION, IT IS ORDERED THAT

Mark T. McMaster of Townsend and Townsend and Crew LLP is allowed to withdraw as counsel of record for Plaintiff Neometal WA, Inc. in this matter,

1

[PROPOSED] ORDER GRANTING MOTION FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL
Civil Action No. C08-05009-RBL

AND THAT Igor Shoiket of Dergosits & Noah LLP at Three Embarcadero Center, Suite 410, San Francisco, CA 94111, Phone 415-705-6377, Fax 415-705-6383, Email: ishoiket@dergnoah.com and Christopher Schenck of Riddell Williams PS at 1001 Fourth Avenue, Suite 4500, Seattle, WA 98154, Phone 206-389-1653, Fax 206-389-1708, Email: cschenck@riddellwilliams.com are allowed to appear as counsel of record for Plaintiff Neometal WA, Inc. in this matter.  All future pleadings and/or papers are to be served upon Igor Shoiket of Dergosits & Noah LLP and Christopher Schenck of Riddell Williams PS.

IT IS SO ORDERED this 13th day of January, 2010.

*[signature]*

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

Presented by:

DERGOSITS & NOAH LLP

By:/s/ Igor Shoiket
IGOR SHOIKET (Pro Hac Vice)
DERGOSITS & NOAH, LLP
Three Embarcadero Center, Suite 410
San Francisco, CA 94111
Telephone: (415) 705-6377
Facsimile:  (415) 705-6383
Email: ishoiket@dergnoah.com

Attorneys for Neometal WA, Inc.

## CERTIFICATE OF SERVICE

2
[PROPOSED] ORDER GRANTING MOTION FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL
Civil Action No. C08-05009-RBL

1         The undersigned hereby certifies that all counsel of record who are deemed to
have consented to electronic service are being served with a copy of this document via the
Court's CM/ECF system per Civil L. R. 5-6 on January 12, 2010.

        Plaintiff Neometal WA, Inc. is being served with this Stipulation and [Proposed] Order
by e-mail and U.S. Mail on January 12, 2010.

Dated: January 13, 2010                                           DERGOSITS & NOAH LLP

                                                                        By:/s/ Igor Shoiket
                                                                        IGOR SHOIKET (Pro Hac Vice)
                                                                        DERGOSITS & NOAH, LLP
                                                                        Three Embarcadero Center, Suite 410
                                                                        San Francisco, CA 94111
                                                                        Telephone: (415) 705-6377
                                                                        Facsimile:  (415) 705-6383
                                                                        Email: ishoiket@dergnoah.com

                                                                        Attorneys for Neometal WA, Inc.