1  IGOR SHOIKET (Pro Hac Vice)
   DERGOSITS & NOAH, LLP
2  Three Embarcadero Center, Suite 410
   San Francisco, CA 94111
3  Telephone: (415) 705-6377
   Facsimile:  (415) 705-6383
4  Email:  ishoiket@dergnoah.com

5  Attorneys for Plaintiff
   NEOMETAL WA, INC.
6

7  THEODORE J. BIELEN, JR. (Pro Hac Vice)
   BIELEN, LAMPE & THOEMING
8  1390 Willow Pass Road, Suite 1020
   Concord, CA 94520
9  Telephone: (925) 288-9720
   Facsimile:  (925) 288-9731
10 Email:  bielent@yahoo.com

11 Attorneys for Defendant
   INDUSTRIAL STRENGTH CORPORATION
12

13            **IN THE UNITED STATES DISTRICT COURT**
              **WESTERN DISTRICT OF WASHINGTON**
14                        **AT TACOMA**

15 | NEOMETAL WA, INC., a Washington | Case No. C08-05009 RBL |
   corporation,

16 |                                 | **STIPULATION AND ORDER FOR** |
   |                        Plaintiff, | **ENTRY OF FINAL JUDGMENT,** |
17 |      v.                         | **PERMANENT INJUNCTION AND** |
   |                                 | **DISMISSAL WITH PREJUDICE** |
18 | INDUSTRIAL STRENGTH CORPORATION, a |
   | California corporation,         |
19
   |                       Defendant. |
20

21

22        WHEREAS, Plaintiffs Neometal WA, Inc. ("Neometal") commenced this Civil Action in

23 the United States District Court for the Western District of Washington (hereafter the

24 "Litigation") in which Plaintiff alleged that Defendant Industrial Strength Corporation

25 ("Industrial Strength") infringed U.S. Patent Nos. 6.167,725 and 6,470,709 (hereafter the

26 "Patents in Suit");

27

28 STIPULATION AND [PROPOSED] ORDER FOR ENTRY OF
   FINAL JUDGMENT, PERMANENT INJUNCTION AND DISMISSAL
   WITH PREJUDICE - 1
   Case No. C08-05009 RBL

1    WHEREAS, Industrial Strength has made, used, sold, and/or offered to sell Threadless

2  Jewelry product and/or components, including but not limited to Titanium Push-Pin Prong-set

3  Faceted Gems that fit Threadless Jewelry, code TPPPR (the "Infringing Threadless Jewelry");

4    WHEREAS, Neometal contends that Industrial Strength's manufacture, use, sale, offer

5  for sale, and distribution in connection with the Infringing Threadless Jewelry infringes one or

6  more claims of the Patents in Suit;

7    WHEREAS, Neometal and Industrial Strength have entered into a Settlement Agreement

8  to amicably resolve the Litigation, including provisions for entry of a Final Judgment, Permanent

9  Injunction, and Order of Dismissal With Prejudice;

10    NOW, THEREFORE, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil

11  Procedure and the terms and conditions set forth in the Settlement Agreement and with the

12  consent of the parties through their undersigned attorneys,

13    IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

14    1.    This Court has jurisdiction over the parties and the subject matter of this action.

15  Venue also properly lies in this district.

16    2.    Industrial Strength, its individual principals, officers, directors, employees,

17  shareholders, representatives, successors, assignees, or any affiliated entities, and all persons and

18  entities in active concert or participation with Industrial Strength who receive actual notice

19  hereof, are hereby permanently enjoined during the term of the Patents in Suit from making,

20  using, selling, offering to sell, importing, distributing, marketing or promoting, (or assisting,

21  aiding, or abetting any other person or entity engaged in or performing any of these activities),

22  the Infringing Threadless Jewelry.

23    3.    The Litigation is dismissed with prejudice, with each party to bear its own costs

24  and attorneys' fees.

25    4.    This Court shall retain jurisdiction over this matter with respect to disputes

26  concerning the interpretation and/or enforcement of the Settlement Agreement and this Final

27  Judgment, Injunction and Dismissal with Prejudice.

28
STIPULATION AND [PROPOSED] ORDER FOR ENTRY OF
FINAL JUDGMENT, PERMANENT INJUNCTION AND DISMISSAL
WITH PREJUDICE - 2
Case No. C08-05009 RBL

1        The parties by the signatures below of their authorized representatives agree to the form,

2  terms, and entry of the above Final Judgment, Injunction and Dismissal with Prejudice.

3        DATED:      January 31, 2010

4                        s/Theodore J. Bielen, Jr.

THEODORE J. BIELEN, JR. (Pro Hac Vice)

5                        BIELEN, LAMPE & THOEMING

1390 Willow Pass Road, Suite 1020

6                        Concord, CA 94520

Telephone: (925) 288-9720

7                        Facsimile:  (925) 288-9731

Email:  bielent@yahoo.com

8

                        Attorneys for Defendant

9                        INDUSTRIAL STRENGTH CORPORATION

10       DATED:      February 25, 2010

11                        s/Igor Shoiket

IGOR SHOIKET (Pro Hac Vice)

12                        DERGOSITS & NOAH, LLP

Three Embarcadero Center, Suite 410

13                        San Francisco, CA 94111

Telephone: (415) 705-6377

14                        Facsimile:  (415) 705-6383

Email: ishoiket@dergnoah.com

15

                        Attorneys for Plaintiff

16                        NEOMETAL WA, INC.

17        I attest under penalty of perjury that concurrence in the filing of this document has been

18  obtained from Defendant's counsel, Theodore J. Bielen, Jr.

19                        s/Igor Shoiket

IGOR SHOIKET (Pro Hac Vice)

20                        DERGOSITS & NOAH, LLP

21                        Attorneys for Plaintiff

NEOMETAL WA, INC.

22

23

        IT IS SO ORDERED.

24

        DATED this 2nd of March, 2010.

25

26

        RONALD B. LEIGHTON

27        UNITED STATES DISTRICT JUDGE

28

1  Presented by:

2  s/Igor Shoiket
   IGOR SHOIKET (Pro Hac Vice)
3  DERGOSITS & NOAH, LLP
   Three Embarcadero Center, Suite 410
4  San Francisco, CA 94111
   Telephone: (415) 705-6377
5  Facsimile:  (415) 705-6383
   Email:  ishoiket@dergnoah.com
6
   Attorneys for Plaintiff
7  NEOMETAL WA, INC.

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
   STIPULATION AND [PROPOSED] ORDER FOR ENTRY OF
   FINAL JUDGMENT, PERMANENT INJUNCTION AND DISMISSAL
   WITH PREJUDICE - 4
   Case No. C08-05009 RBL